1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELDRIDGE JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:12-CV-02730-VC<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO HAVE CERTIFIED COURT REPORTER PRESENT TO RECORD MARCH 24, 2015 CASE MANAGEMENT CONFERENCE** AS MODIFIED<br><br>Judge:    Hon. Vince Chhabria<br><br>Complaint filed:       May 29, 2012<br>FAC filed:             July 20, 2012<br>SAC filed:             November 30, 2012<br>TAC filed:             May 20, 2013<br>Corrected TAC filed:   June 21, 2013<br>4AC filed:             Jan. 3, 2014<br>5AC filed:             March 2, 2015 |

CASE NO. 3:12-CV-02730-VC

[PROPOSED] ORDER GRANTING DEFTS' MOTION TO HAVE COURT REPORTER PRESENT AT MARCH 24 CMC

1 | *Related cases*:
2 | Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
2 | Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
3 | Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
3 | Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
4 | Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
4 | Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
5 | Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
5 | Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
6 | Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
6 | Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
7 | Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
7 | Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
8 | Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
8 | Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
9 | Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
9 | Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
10 | Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
10 | Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
11 | Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
11 | John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
12 | Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
12 | Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

CASE NO. 3:12-CV-02730-VC

[PROPOSED] ORDER GRANTING DEFTS' MOTION TO HAVE COURT REPORTER PRESENT AT MARCH 24 CMC

1  Having considered the papers and all pleadings on file and good cause appearing therefor,
2  IT IS HEREBY ORDERED that Defendants' Administrative Motion To Have Certified Court
3  Reporter Present To Record March 24, 2015 Case Management Conference is GRANTED as modified.

☐ The Court will provide ~~a certified court reporter~~ FTR recording services at the Case Management Conference, scheduled for March 24, 2015 at 1:30 p.m.

9  **IT IS SO ORDERED.**

11  Dated: March 20, 2015

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*
(United States District Court, Northern District of California seal)

CASE NO. 3:12-CV-02730-VC    -1-    [PROPOSED] ORDER GRANTING DEFTS' MOTION TO HAVE COURT REPORTER PRESENT AT MARCH 24 CMC