United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  ELDRIDGE JOHNSON,
   Plaintiff,                                    Case No. 12-cv-02730-VC
8  v.
9  UNITED AIRLINES, INC., et al.,                **ORDER RE DEPOSITION SCHEDULE**
   Defendants.
10 AND COORDINATED CASES:
   Miller, Leon v. United Airlines, Inc. et al.
   3:15-cv-00457 VC
11 Palmer, Xavier v. United Airlines, Inc. et al.
   3:15-cv-00458 VC
12 Noble, Paul C. v. United Airlines, Inc. et al.
   3:15-cv-00461 VC
13 Jones Jr., Johnnie E. v. United Airlines, Inc.
   et al. 3:15-cv-00462 VC
14 Roane, Glen v. United Airlines, Inc. et al.
   3:15-cv-00464 VC
15 Ricketts, David v. United Airlines, Inc. et al.
   3:15-cv-00465 VC
16 Tom, Lester v. United Airlines, Inc. et al.
   3:15-cv-00466 VC
17 Crocker, Sal v. United Airlines, Inc. et al.
   3:15-cv-00468 VC
18 Manswell, Anthony v. United Airlines, Inc.
   et al. 3:15-cv-00469 VC
19 Minter, Karl v. United Airlines, Inc. et al.
   3:15-cv-00470 VC
20 Washington, Erwin v. United Airlines, Inc. et
   al. 4:15-cv-00471 VC
21 Wilson, Darryl v. United Airlines, Inc. et al.
   3:15-cv-00472 VC
22 Sherman, Leo v. United Airlines, Inc. et al.
   3:15-cv-00473 VC
23 Haney, Ken v. United Airlines, Inc. et al.
   3:15-cv-00474 VC
24 John, Richard v. United Airlines, Inc. et al.
   3:15-cv-00475 VC
25 Briscoe, Odie v. United Airlines, Inc. et al.
   3:15-cv-00476 VC
26 Hartsfield, Terrence v. United Airlines, Inc.
   et al. 3:15-cv-00477 VC
27
28

1     In these coordinated cases, several plaintiffs have failed to appear, or announced that they would not appear, for their depositions. As a result, during the September 10, 2015 hearing, the Court ordered counsel for the parties to agree on deposition dates for each plaintiff in these coordinated cases, and to provide the Court with those dates on the record. They have now done so, and it is now the order of the Court that each plaintiff appear for his deposition on the dates provided by counsel on the record at the hearing. The failure by any plaintiff to appear for his deposition on the agreed-upon dates will result in dismissal of his case for failure to prosecute.

    The parties may not change these dates on their own. In the event the parties wish to change a deposition date, they must submit a stipulated request for permission from the Court to change the date. The Court will only grant such a request upon a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
VINCE CHHABRIA
United States District Judge