1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    ELDRIDGE JOHNSON,                          Case No.  12-cv-02730-VC
     Plaintiff,
     v.
8
     UNITED AIRLINES, INC., et al.,             **ORDER**
9    Defendants.
     AND COORDINATED CASES:
10   Miller, Leon v. United Airlines, Inc. et al.
     3:15-cv-00457 VC
11   Palmer, Xavier v. United Airlines, Inc. et al.
     3:15-cv-00458 VC
12   Noble, Paul C. v. United Airlines, Inc. et al.
     3:15-cv-00461 VC
13   Jones Jr., Johnnie E. v. United Airlines, Inc.
     et al. 3:15-cv-00462 VC
14   Roane, Glen v. United Airlines, Inc. et al.
     3:15-cv-00464 VC
15   Ricketts, David v. United Airlines, Inc. et al.
     3:15-cv-00465 VC
16   Tom, Lester v. United Airlines, Inc. et al.
     3:15-cv-00466 VC
17   Crocker, Sal v. United Airlines, Inc. et al.
     3:15-cv-00468 VC
18   Manswell, Anthony v. United Airlines, Inc.
     et al. 3:15-cv-00469 VC
19   Minter, Karl v. United Airlines, Inc. et al.
     3:15-cv-00470 VC
20   Washington, Erwin v. United Airlines, Inc. et
     al. 4:15-cv-00471 VC
21   Wilson, Darryl v. United Airlines, Inc. et al.
     3:15-cv-00472 VC
22   Sherman, Leo v. United Airlines, Inc. et al.
     3:15-cv-00473 VC
23   Haney, Ken v. United Airlines, Inc. et al.
     3:15-cv-00474 VC
24   John, Richard v. United Airlines, Inc. et al.
     3:15-cv-00475 VC
25   Briscoe, Odie v. United Airlines, Inc. et al.
     3:15-cv-00476 VC
26   Hartsfield, Terrence v. United Airlines, Inc.
     et al. 3:15-cv-00477 VC
27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1    The following memorializes the key points and key deadlines stemming from today's case

2  management conference:

3    The final sentence of Paragraph 29 of the Seventh Amended Complaints in the Haney and

4  Hartsfield cases are stricken.

5    The motions to dismiss the Seventh Amended Complaints in the Haney and Hartsfield

6  cases are denied.  The court will issue a written order explaining its reasoning.

7    The deadline to complete initial disclosures in the Haney and Hartsfield cases is December

8  21, 2015.

9    In the remaining cases, the plaintiffs' requests to amend their complaints yet again are

10  granted, for the reasons stated on the record at the case management conference.  The deadline to

11  file amended complaints is January 8, 2016.  The deadline to respond to these amended complaints

12  (by filing an answer, a motion to dismiss, a motion to strike, or some combination thereof) is

13  February 8, 2016.  The oppositions to any motion to dismiss or motion to strike is due February

14  19, 2016.  Any replies are due February 26, 2016.  A hearing will take place on these motions on

15  March 10, 2016 at 10:00 a.m.  If the defendants wish to move to dismiss these amended

16  complaints on the same grounds as those asserted in support of the motions to dismiss the Haney

17  and Hartsfield complaints, they may do so in a one-sentence motion designed to preserve their

18  rights.

19    At the next case management conference, the parties should be prepared to set a schedule

20  for the adjudication of any motions to transfer that the defendants wish to file.

21

22    **IT IS SO ORDERED.**

23  Dated: December 2, 2015

_____

24  VINCE CHHABRIA
United States District Judge

25

26

27

28

2