UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELDRIDGE JOHNSON, | |
|---|---|
| Plaintiff, | Case No. 12-cv-02730-VC  (SK) |
| v. | Case No. 15-cv-00457-VC  (SK) |
|  | Case No. 15-cv-00458-VC  (SK) |
| UNITED AIRLINES, INC., et al., | Case No. 15-cv-00461-VC  (SK) |
| Defendants. | Case No. 15-cv-00462-VC  (SK) |
| AND COORDINATED CASES. | Case No. 15-cv-00464-VC  (SK) |
|  | Case No. 15-cv-00465-VC  (SK) |
|  | Case No. 15-cv-00466-VC  (SK) |
|  | Case No. 15-cv-00468-VC  (SK) |
|  | Case No. 15-cv-00469-VC  (SK) |
|  | Case No. 15-cv-00470-VC  (SK) |
|  | Case No. 15-cv-00471-VC  (SK) |
|  | Case No. 15-cv-00472-VC  (SK) |
|  | Case No. 15-cv-00473-VC  (SK) |
|  | Case No. 15-cv-00474-VC  (SK) |
|  | Case No. 15-cv-00475-VC  (SK) |
|  | Case No. 15-cv-00476-VC  (SK) |
|  | Case No. 15-cv-00477-VC  (SK) |
|  | **ORDER SETTING FURTHER SCHEDULING CONFERENCE** |

Following the Scheduling Conference on April 6, 2016, the Court HEREBY ORDERS the parties to appear on June 30, 2016 at 10:30 a.m. in Courtroom A, 15th Floor, Federal Building,

1  450 Golden Gate Avenue, San Francisco, California 94102 for a further scheduling conference in
2  preparation for the Settlement Conferences. Lead trial counsel shall appear at the scheduling
3  conference. The parties need not submit any written documents at this time.
4  **IT IS SO ORDERED**.
5  Dated: April 8, 2016

_____
SALLIE KIM
United States Magistrate Judge